UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ST. LOUIS-KANSAS CITY CARPENTERS REGIONAL COUNCIL, et al., | ) ) ) |
| Plaintiffs, | ) ) Case No. 4:17-cv-00739 AGF |
| v. | ) ) ) ) |
| FORD MARBLE AND TILE, INC., | ) ) |
| Defendant. | ) ) |

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Come now the parties, through counsel, and stipulate to the dismissal of this matter without prejudice. Each party will pay its own fees and costs.

Respectfully submitted,

| | |
|---|---|
| HAMMOND and SHINNERS, P.C. | BRYAN CAVE LLP |
| 13205 Manchester Road | One Metropolitan Square |
| Suite 210 | 211 North Broadway, Suite 3600 |
| St. Louis, Missouri 63131 | St. Louis, Missouri 63102-2750 |
| Phone: (314) 727-1015 | Phone: (314) 259-2000 |
| Fax:    (314) 727-6804 | Fax: (314) 259-2020 |
| | |
| /s/ Greg A. Campbell | /s/ Charles B. Jellinek (w/consent) |
| GREG A. CAMPBELL, #35281 | CHARLES B. JELLINEK, #44462 |
| | |
| Attorney for Plaintiffs | Attorney for Defendant |